JOHN H. UPSHAW v. RENUART LUMBER YARDS, INC., Employer; Bituminous Casualty Corporation, Insurer; and Florida Industrial Commission.

9 So. (2nd) 806            June Term, 1942
October 2, 1942            Division B
Rehearing Denied October 2, 1942

*Knight & Green,* for appellant.
*Leon Harvell,* for appellees.

PER CURIAM:

No error having been made clearly to appear the order of the circuit court affirming the one of the industrial commission is—

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.